# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Rae Lamar Wiggins,

        Petitioner,                               JUDGMENT IN A CIVIL CASE

vs.                                           3:05cv346

Bonnie Boyette,

        Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/25/2009 Order.

                                      Signed: February 25, 2009

Frank G. Johns, Clerk
United States District Court