# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rae Lamar Wiggins,

    Petitioner,

vs.

Bonnie Boyette,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:05cv346

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/25/2009 Order.

Signed: February 25, 2009

Frank G. Johns, Clerk
United States District Court